Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  15−23142−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christal A Fisher−Battise
   aka Christal Fisher, aka Christal Battise
   1 Oak Hollow Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−3315

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/7/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 7, 2017
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 15-23142-ABA
Christal A Fisher-Battise                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Feb 07, 2017
                 Form ID: 148    Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.

```
db             +Christal A Fisher-Battise,    1 Oak Hollow Lane,    Sicklerville, NJ 08081-3908
515620614       Advanced Surgical Institute,    556 Egg Harbor Rd Suite B,    Sewell, NJ 08080-2326
515836590      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515620618      +Carrington Mortgage Services,    PO Box 54285,    Irvine, CA 92619-4285
515845580      +Carrington Mortgage Services, LLC,    Bankruptcy Department,    1600 South Douglass Road,
                 Anaheim, California 92806-5951
515620623      +Diamond Resorts,    PO Box 60480,    Los Angeles, CA 90060-0480
516556491       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
516556492       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408,
                 Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 55116-0408
515620625      +Emergency Physicians of South Jersey,    90 Brick Road,    Marlton, NJ 08053-2177
515620626       HRRG,    PO Box 459080,    Sunrise, FL 33345-9080
515733194      +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
515670699      +Navient Solutions, Inc. on behalf of PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
515620629       Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
515677382      +Ocwen Loan Servicing, LLC,    Attn Robertson, Anschutz & Schneid, PL,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
515620630      +Ocwen loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
515620631       Paypal Credit,    PO box 105658,    Atlanta, GA 30348-5658
515701437       Plate Pass, LLC,    25274 Network Place,    Chicago, IL  60673-1252
515620632      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515701439      +Professional Gastroenterology,    1939 Route 70 East, Ste. 250,    Cherry Hill, NJ 08003-4510
515620633       Regional Sewer Service Invoice,    PO Box 1105,    Bellmawr, NJ 08099-5105
515620640      +South Jersey Gas,    1 South Jersey Plaza,    Folsom, NJ 08037-9100
515620643      +The Bank of New York Mellon Trust Co.,    c/o Udren Law Offices, PC,
                 Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
515846957       The Bank of New York Mellon Trust Company, Nationa,    c/o Ocwen Loan Servicing LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
515745945      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515620646       Unifund CCR, LLC,    106S25 Techwds Cir,    Cincinnati, OH 45249
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2017 22:40:43     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2017 22:40:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515760297       EDI: AIS.COM Feb 07 2017 22:18:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
515620615      +EDI: BANKAMER.COM Feb 07 2017 22:19:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886-5019
515620616      +EDI: TSYS2.COM Feb 07 2017 22:18:00      Barclays Bank Delaware,    125 South West Street,
                 Wilmington, DE 19801-5014
515831006       E-mail/Text: bncmail@w-legal.com Feb 07 2017 22:40:50      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515620620       EDI: CITICORP.COM Feb 07 2017 22:19:00      CitiBank SD NA,    Centralized bankruptcy,
                 PO BOX 20363,    Kansas City, MO 64195
515815115       E-mail/Text: bncmail@w-legal.com Feb 07 2017 22:40:50      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515620617      +EDI: CAPITALONE.COM Feb 07 2017 22:19:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
515715785       EDI: CAPITALONE.COM Feb 07 2017 22:19:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
515620619       EDI: CHASE.COM Feb 07 2017 22:18:00      Chase Cardmember Services,    P.O. Box 15153,
                 Wilmington, DE 19886-5153
515701440      +EDI: WFNNB.COM Feb 07 2017 22:18:00      Comenity - Catherines,    PO Box 659728,
                 San Antonio, TX 78265-9728
515620621      +EDI: WFNNB.COM Feb 07 2017 22:18:00      Comenity - Lane Bryant Retail,    PO Box 659728,
                 San Antonio, TX 78265-9728
515754641       EDI: CRFRSTNA.COM Feb 07 2017 22:18:00      Credit First NA,    BK13-Credit Operations,
                 PO Box 818011,    Cleveland, OH 44181-8011
515620622       EDI: CRFRSTNA.COM Feb 07 2017 22:18:00      Credit Fist NA,    PO Box 81344,
                 Cleveland, OH 44188-0344
515631976       EDI: DISCOVER.COM Feb 07 2017 22:18:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
515620624       EDI: DISCOVER.COM Feb 07 2017 22:18:00      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
515620627       EDI: TSYS2.COM Feb 07 2017 22:18:00      Macy's,    PO Box 183083,    Columbus, OH 43218-3083
515620628      +EDI: NAVIENTFKASMSERV.COM Feb 07 2017 22:18:00      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
515819991       EDI: PRA.COM Feb 07 2017 22:18:00      Portfolio Recovery Associates, LLC,
                 c/o Sears Gold Mastercard,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-1            User: admin              Page 2 of 2              Date Rcvd: Feb 07, 2017
                                Form ID: 148             Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515845440        EDI: PRA.COM Feb 07 2017 22:18:00     Portfolio Recovery Associates, LLC,
                 c/o Sears Premier Card,   POB 41067,    Norfolk VA 23541
515887180        EDI: Q3G.COM Feb 07 2017 22:19:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
515620634        EDI: RMSC.COM Feb 07 2017 22:19:00     Sam's Club,   PO Box 530942,    Atlanta, GA 30353-0942
515620635        EDI: RMSC.COM Feb 07 2017 22:19:00     Sam's Club MC/Syncb,   PO box 960013,
                 Orlando, FL 32896-0013
515620636        EDI: SEARS.COM Feb 07 2017 22:19:00     Sears Credit Card,   PO Box 688957,
                 Des Moines, IA 50368-8957
515620637       +EDI: SEARS.COM Feb 07 2017 22:19:00     Sears Credit Cards,   PO Box 6283,
                 Sioux Falls, SD 57117-6283
515620638        EDI: CHASE.COM Feb 07 2017 22:18:00     Slate Cardmember Services,    P.O. Box 15123,
                 Wilmington, DE 19886-5153
515620639        EDI: CHASE.COM Feb 07 2017 22:18:00     Slate from Chase,   Cardmember Service,    PO Box 15153,
                 Wilmington, DE 19886-5153
515620641        EDI: RMSC.COM Feb 07 2017 22:19:00     Syncb/Walmart,   PO BOX 960024,    Orlando, FL 32896-0024
515701438        EDI: RMSC.COM Feb 07 2017 22:19:00     Synchrony Bank/JCP,   PO Box 960090,
                 Orlando, FL  32896-0090
515620645        EDI: TFSR.COM Feb 07 2017 22:18:00     Toyota Financial Services,    P.O. Box 17187,
                 Baltimore, MD 21297-0511
515620642        EDI: WTRRNBANK.COM Feb 07 2017 22:18:00      Target National Bank,    PO Box 660170,
                 Dallas, TX 75266-0170
515620644       +E-mail/Text: chegyi@winslowtownship.com Feb 07 2017 22:40:41      Township of Winslow,
                 Dominic Maise Muni Complex,   125 South Route 73,    Braddock, NJ 08037-9423
515620647       +EDI: VERIZONEAST.COM Feb 07 2017 22:19:00      Verizon New Jersey,    500 Technology Drive,
                 Weldon Spring, MO 63304-2225
515722613        EDI: ECAST.COM Feb 07 2017 22:18:00     eCAST Settlement Corporation, assignee,
                 of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                                              TOTAL: 35

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Christal A Fisher-Battise andy@sjbankruptcylaw.com,
               ABFECF@gmail.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
                                                                                              TOTAL: 4
```