| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**Andrew B. Finberg, Esq.**<br>**LAW OFFICES OF ANDREW B. FINBERG, LLC**<br>**525 Route 73 South, Ste. 200**<br>**Marlton, NJ  08053**<br>**(856)988-9055**<br>**Attorneys for Debtors** | <br><br>Order Filed on March 28, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**CHRISTAL A. FISHER-BATTISE**<br><br><br>Debtor(s) | Case No.: **15-23142**<br><br>Adv. No.:<br><br>Hearing Date: 03/28/2017<br><br>Judge: ABA |

## ORDER REINSTATING CHAPTER 13 CASE CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Debtor: Christal A. Fisher-Battise**
**Case No: 15-23142**
**Caption of Order:** Order Reinstating Chapter 13 Case

---

Upon consideration of the Debtors' Motion for Order to Reinstate Chapter 13 Case and good cause appearing therefore, it is hereby;

**ORDERED** that the Debtors case is reinstated.