Form 200 – blanknotice

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 15−23142−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christal A Fisher−Battise
   aka Christal Fisher, aka Christal Battise
   1 Oak Hollow Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−3315

Employer's Tax I.D. No.:

    NOTICE OF ORDER REINSTATEMENT OF CASE

Notice is hereby given that the above caption case which was dismissed on February 7, 2017 has been reinstated by order dated March 28, 2017.

Dated: March 28, 2017
JAN: dac

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-23142-ABA
Christal A Fisher-Battise                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                 Page 1 of 2                    Date Rcvd: Mar 28, 2017
                               Form ID: 200                Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2017.
```
db              +Christal A Fisher-Battise,    1 Oak Hollow Lane,    Sicklerville, NJ 08081-3908
515620614        Advanced Surgical Institute,    556 Egg Harbor Rd Suite B,    Sewell, NJ 08080-2326
515620615       +Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
515836590       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515620616       +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
515620620      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: CitiBank SD NA,    Centralized bankruptcy,    PO BOX 20363,
                 Kansas City, MO 64195)
515620617       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
515715785        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515620618       +Carrington Mortgage Services,    PO Box 54285,    Irvine, CA 92619-4285
515845580       +Carrington Mortgage Services, LLC,    Bankruptcy Department,    1600 South Douglass Road,
                 Anaheim, California 92806-5951
515620619        Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
515701440       +Comenity - Catherines,    PO Box 659728,    San Antonio, TX 78265-9728
515620621       +Comenity - Lane Bryant Retail,    PO Box 659728,    San Antonio, TX 78265-9728
515754641        Credit First NA,    BK13-Credit Operations,    PO Box 818011,    Cleveland, OH 44181-8011
515620622        Credit Fist NA,    PO Box 81344,    Cleveland, OH 44188-0344
515620623       +Diamond Resorts,    PO Box 60480,    Los Angeles, CA 90060-0480
516556491        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
516556492        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408,
                 Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 55116-0408
515620625       +Emergency Physicians of South Jersey,    90 Brick Road,    Marlton, NJ 08053-2177
515620626        HRRG,    PO Box 459080,    Sunrise, FL 33345-9080
515620627        Macy's,    PO Box 183083,    Columbus, OH 43218-3083
515733194       +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
515670699       +Navient Solutions, Inc. on behalf of PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
515620629        Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
515677382       +Ocwen Loan Servicing, LLC,    Attn Robertson, Anschutz & Schneid, PL,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
515620630       +Ocwen loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
515620631        Paypal Credit,    PO box 105658,    Atlanta, GA 30348-5658
515701437        Plate Pass, LLC,    25274 Network Place,    Chicago, IL  60673-1252
515620632       +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515701439       +Professional Gastroenterology,    1939 Route 70 East, Ste. 250,    Cherry Hill, NJ 08003-4510
515620633        Regional Sewer Service Invoice,    PO Box 1105,    Bellmawr, NJ 08099-5105
515620636        Sears Credit Card,    PO Box 688957,    Des Moines, IA 50368-8957
515620637       +Sears Credit Cards,    PO Box 6283,    Sioux Falls, SD 57117-6283
515620638        Slate Cardmember Services,    P.O. Box 15123,    Wilmington, DE 19886-5153
515620639        Slate from Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
515620640       +South Jersey Gas,    1 South Jersey Plaza,    Folsom, NJ 08037-9100
515620645      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    P.O. Box 17187,
                 Baltimore, MD 21297-0511)
515620642        Target National Bank,    PO Box 660170,    Dallas, TX 75266-0170
515620643       +The Bank of New York Mellon Trust Co.,    c/o Udren Law Offices, PC,
                 Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
515846957        The Bank of New York Mellon Trust Company, Nationa,    c/o Ocwen Loan Servicing LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
515745945       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515620646        Unifund CCR, LLC,    106S25 Techwds Cir,    Cincinnati, OH 45249
515620647       +Verizon New Jersey,    500 Technology Drive,    Weldon Spring, MO 63304-2225
515722613        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 28 2017 23:40:56      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 28 2017 23:40:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515760297        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2017 23:44:23
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
515831006       +E-mail/Text: bncmail@w-legal.com Mar 28 2017 23:41:01      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515815115       +E-mail/Text: bncmail@w-legal.com Mar 28 2017 23:41:01      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515631976        E-mail/Text: mrdiscen@discover.com Mar 28 2017 23:40:17      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515620624        E-mail/Text: mrdiscen@discover.com Mar 28 2017 23:40:17      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Mar 28, 2017
                              Form ID: 200             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515620628       +E-mail/PDF: pa_dc_claims@navient.com Mar 28 2017 23:39:08      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
515819991        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2017 00:06:48
                 Portfolio Recovery Associates, LLC,    c/o Sears Gold Mastercard,    POB 41067,
                 Norfolk VA 23541
515845440        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2017 23:44:37
                 Portfolio Recovery Associates, LLC,    c/o Sears Premier Card,    POB 41067,   Norfolk VA 23541
515887180        E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2017 23:40:48
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
515620634        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 23:39:05      Sam's Club,    PO Box 530942,
                 Atlanta, GA 30353-0942
515620635        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 23:38:54      Sam's Club MC/Syncb,
                 PO box 960013,   Orlando, FL 32896-0013
515620641        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 23:38:54      Syncb/Walmart,    PO BOX 960024,
                 Orlando, FL 32896-0024
515701438        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 23:39:05      Synchrony Bank/JCP,
                 PO Box 960090,   Orlando, FL 32896-0090
515620644       +E-mail/Text: chegyi@winslowtownship.com Mar 28 2017 23:40:56      Township of Winslow,
                 Dominic Maise Muni Complex,    125 South Route 73,    Braddock, NJ 08037-9423
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
```
              Andrew B. Finberg    on behalf of Debtor Christal A Fisher-Battise andy@sjbankruptcylaw.com,
               ABFECF@gmail.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
                                                                                               TOTAL: 4
```