UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Andrew B. Finberg, Esq.**
**LAW OFFICES OF ANDREW B. FINBERG, LLC**
**525 Route 73 South, Ste. 200**
**Marlton, NJ 08053**
**(856)988-9055**
**Attorneys for Debtors**

Order Filed on March 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**CHRISTAL A. FISHER-BATTISE**

Debtor(s)

Case No.: **15-23142**

Adv. No.:

Hearing Date: 03/28/2017

Judge: ABA

## ORDER REINSTATING CHAPTER 13 CASE CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Debtor: Christal A. Fisher-Battise**
**Case No: 15-23142**
**Caption of Order:** Order Reinstating Chapter 13 Case

---

Upon consideration of the Debtors' Motion for Order to Reinstate Chapter 13 Case and good cause appearing therefore, it is hereby;

**ORDERED** that the Debtors case is reinstated.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-23142-ABA
Christal A Fisher-Battise                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Mar 28, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2017.
db              +Christal A Fisher-Battise,   1 Oak Hollow Lane,   Sicklerville, NJ 08081-3908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Christal A Fisher-Battise andy@sjbankruptcylaw.com,
               ABFECF@gmail.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
                                                                                             TOTAL: 4