Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–23142–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christal A Fisher–Battise
aka Christal Fisher, aka Christal Battise
1 Oak Hollow Lane
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–3315

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 21, 2015.

On 5/15/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              June 28, 2017
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 17, 2017
JAN: dmb

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 15-23142-ABA
Christal A Fisher-Battise                                       Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin               Page 1 of 2        Date Rcvd: May 17, 2017
                             Form ID: 185              Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db             +Christal A Fisher-Battise,    1 Oak Hollow Lane,    Sicklerville, NJ 08081-3908
515620614       Advanced Surgical Institute,    556 Egg Harbor Rd Suite B,    Sewell, NJ 08080-2326
515620615      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     P.O. Box 15019,    Wilmington, DE 19886)
515836590      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515620616      +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
515620620      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: CitiBank SD NA,     Centralized bankruptcy,    PO BOX 20363,
                 Kansas City, MO 64195)
515620617      +Capital One,    PO Box 30281,   Salt Lake City, UT 84130-0281
515715785       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515620618      +Carrington Mortgage Services,    PO Box 54285,    Irvine, CA 92619-4285
515845580      +Carrington Mortgage Services, LLC,     Bankruptcy Department,    1600 South Douglass Road,
                 Anaheim, California 92806-5951
515620619       Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
515701440      +Comenity - Catherines,    PO Box 659728,    San Antonio, TX 78265-9728
515620621      +Comenity - Lane Bryant Retail,    PO Box 659728,    San Antonio, TX 78265-9728
515754641       Credit First NA,   BK13-Credit Operations,     PO Box 818011,   Cleveland, OH 44181-8011
515620622       Credit Fist NA,   PO Box 81344,    Cleveland, OH 44188-0344
515620623      +Diamond Resorts,    PO Box 60480,    Los Angeles, CA 90060-0480
516556491       Educational Credit Management Corporation,     P.O. Box 16408,   St. Paul, MN 55116-0408
516556492       Educational Credit Management Corporation,     P.O. Box 16408,   St. Paul, MN 55116-0408,
                 Educational Credit Management Corporatio,     P.O. Box 16408,   St. Paul, MN 55116-0408
515620625      +Emergency Physicians of South Jersey,    90 Brick Road,    Marlton, NJ 08053-2177
515620626       HRRG,   PO Box 459080,    Sunrise, FL 33345-9080
515620627       Macy's,   PO Box 183083,    Columbus, OH 43218-3083
515733194      +Midland Credit Management, Inc. as agent for,     MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
515670699      +Navient Solutions, Inc. on behalf of PHEAA,     P.O. Box 8147,   Harrisburg, PA 17105-8147
515620629       Northstar Location Services, LLC,     4285 Genesee Street,    Cheektowaga, NY 14225-1943
515677382      +Ocwen Loan Servicing, LLC,    Attn Robertson, Anschutz & Schneid, PL,
                 6409 Congress Avenue, Suite 100,     Boca Raton, FL 33487-2853
515620630      +Ocwen loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
515620631       Paypal Credit,   PO box 105658,    Atlanta, GA 30348-5658
515701437       Plate Pass, LLC,   25274 Network Place,     Chicago, IL 60673-1252
515620632      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515701439      +Professional Gastroenterology,    1939 Route 70 East, Ste. 250,    Cherry Hill, NJ 08003-4510
515620633       Regional Sewer Service Invoice,     PO Box 1105,   Bellmawr, NJ 08099-5105
515620636       Sears Credit Card,    PO Box 688957,   Des Moines, IA 50368-8957
515620637      +Sears Credit Cards,    PO Box 6283,   Sioux Falls, SD 57117-6283
515620638       Slate Cardmember Services,    P.O. Box 15123,    Wilmington, DE 19886-5153
515620639       Slate from Chase,    Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
515620640      +South Jersey Gas,    1 South Jersey Plaza,    Folsom, NJ 08037-9100
515620645      ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,     P.O. Box 17187,
                 Baltimore, MD 21297-0511)
515620642       Target National Bank,    PO Box 660170,    Dallas, TX 75266-0170
515620643      +The Bank of New York Mellon Trust Co.,     c/o Udren Law Offices, PC,
                 Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
515846957       The Bank of New York Mellon Trust Company, Nationa,    c/o Ocwen Loan Servicing LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
515745945      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515620646       Unifund CCR, LLC,    106S25 Techwds Cir,    Cincinnati, OH 45249
515620647      +Verizon New Jersey,    500 Technology Drive,    Weldon Spring, MO 63304-2225
515722613       eCAST Settlement Corporation, assignee,     of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 17 2017 22:20:43      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2017 22:20:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515760297       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 18 2017 01:33:19
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
515831006      +E-mail/Text: bncmail@w-legal.com May 17 2017 22:20:48      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515815115      +E-mail/Text: bncmail@w-legal.com May 17 2017 22:20:48      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515631976       E-mail/Text: mrdiscen@discover.com May 17 2017 22:19:58      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
515620624       E-mail/Text: mrdiscen@discover.com May 17 2017 22:19:58      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
```

```
District/off: 0312-1            User: admin                 Page 2 of 2                Date Rcvd: May 17, 2017
                                Form ID: 185                Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515620628      +E-mail/PDF: pa_dc_claims@navient.com May 17 2017 22:15:52      Navient,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
515819991       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2017 22:35:56
                 Portfolio Recovery Associates, LLC,    c/o Sears Gold Mastercard,    POB 41067,
                 Norfolk VA 23541
515845440       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2017 22:23:28
                 Portfolio Recovery Associates, LLC,    c/o Sears Premier Card,    POB 41067,   Norfolk VA 23541
515887180       E-mail/Text: bnc-quantum@quantum3group.com May 17 2017 22:20:35
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
515620634       E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:15:46       Sam’s Club,   PO Box 530942,
                 Atlanta, GA 30353-0942
515620635       E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:16:14       Sam’s Club MC/Syncb,
                 PO box 960013,    Orlando, FL 32896-0013
515620641       E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:16:14       Syncb/Walmart,   PO BOX 960024,
                 Orlando, FL 32896-0024
515701438       E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:15:46       Synchrony Bank/JCP,
                 PO Box 960090,    Orlando, FL 32896-0090
515620644      +E-mail/Text: chegyi@winslowtownship.com May 17 2017 22:20:43       Township of Winslow,
                 Dominic Maise Muni Complex,    125 South Route 73,    Braddock, NJ 08037-9423
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
          Andrew B. Finberg    on behalf of Debtor Christal A Fisher-Battise andy@sjbankruptcylaw.com,
           abfecf@gmail.com;r39848@notify.bestcase.com
          Andrew M. Lubin    on behalf of Creditor   Carrington Mortgage Services, LLC bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
                                                                                               TOTAL: 5
```