Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
CHRISTAL A. FISHER-BATISSE

Case No.: _____15-23142_____

Judge: _____ABA_____

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    ☒ Discharge Sought

☐ Motions Included    ☐ Modified/No Notice Required    ☐ No Discharge Sought

Date: _____5/15/2017_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|
| a. The debtor shall pay $ ___850___ per ___MONTH___ to the Chapter 13 Trustee, starting on ___JUNE 2017___ for approximately ___38 MORE___ months.<br><br>b. The debtor shall make plan payments to the Trustee from the following sources:<br><br>    ☒    Future earnings<br><br>    ☒    Other sources of funding (describe source, amount and date when funds are available):<br>    $17,250.00 PAID TO DATE |

1

    c.  Use of real property to satisfy plan obligations:

      ☐ Sale of real property
        Description:

        Proposed date for completion: _____

      ☐ Refinance of real property:
        Description:
        Proposed date for completion: _____

      ☐ Loan modification with respect to mortgage encumbering property:
        Description:
        Proposed date for completion: _____

    d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e.  ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Chapter 13 Standing Trustee | Trustee Commissions | to be determined |
| Law Office of Andrew B. Finberg, LLC | Attorney fees & costs | $2,810.00 |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Ocwen Loan Servicing | 28 Hewitt Lane: Sicklerville, NJ | $70,000.00 | unknown |
| Diamond Resorts | Timeshare | unknown | unknown |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:
1. Carrington Mortgage Services (current and outside plan)
2. Toyota Financial Services (current and outside plan)

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _____100_____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Navient | Student loans | To be paid outside | $0.00 |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

**Part 7:    Motions**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

### Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Attorney Fees and Costs
3) Secured Claims
4) General Unsecured Claims

**d. Post-Petition Claims**

The Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____7/2015_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor had a reduction in income | Plan reduces monthly payment while maintaining $100 to general unsecured creditors |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☒ Yes   ☐ No

| Part 10: | Sign Here |
|---|---|

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 5/15/2017                                    /s/ Andrew B. Finberg
                                                            Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 5/15/2017                                    /s/ Christal A. Fisher-Batisse
                                                            Debtor

Date: _____                 _____
                                                            Joint Debtor

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 15-23142-ABA
Christal A Fisher-Battise                                     Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: May 17, 2017
                               Form ID: pdf901              Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db             +Christal A Fisher-Battise,    1 Oak Hollow Lane,    Sicklerville, NJ 08081-3908
515620614       Advanced Surgical Institute,    556 Egg Harbor Rd Suite B,    Sewell, NJ 08080-2326
515620615     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    P.O. Box 15019,    Wilmington, DE 19886)
515836590      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515620616      +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
515620620     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   CitiBank SD NA,    Centralized bankruptcy,    PO BOX 20363,
                 Kansas City, MO 64195)
515620617      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
515715785       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515620618      +Carrington Mortgage Services,    PO Box 54285,    Irvine, CA 92619-4285
515845580      +Carrington Mortgage Services, LLC,    Bankruptcy Department,    1600 South Douglass Road,
                 Anaheim, California 92806-5951
515620619       Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
515701440      +Comenity - Catherines,    PO Box 659728,    San Antonio, TX 78265-9728
515620621      +Comenity - Lane Bryant Retail,    PO Box 659728,    San Antonio, TX 78265-9728
515754641       Credit First NA,    BK13-Credit Operations,    PO Box 818011,    Cleveland, OH 44181-8011
515620622       Credit Fist NA,    PO Box 81344,    Cleveland, OH 44188-0344
515620623      +Diamond Resorts,    PO Box 60480,    Los Angeles, CA 90060-0480
516556491       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
516556492       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408,
                 Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 55116-0408
515620625      +Emergency Physicians of South Jersey,    90 Brick Road,    Marlton, NJ 08053-2177
515620626       HRRG,    PO Box 459080,    Sunrise, FL 33345-9080
515620627       Macy's,    PO Box 183083,    Columbus, OH 43218-3083
515733194      +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
515670699      +Navient Solutions, Inc. on behalf of PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
515620629       Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
515677382      +Ocwen Loan Servicing, LLC,    Attn Robertson, Anschutz & Schneid, PL,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
515620630      +Ocwen loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
515620631       Paypal Credit,    PO box 105658,    Atlanta, GA 30348-5658
515701437       Plate Pass, LLC,    25274 Network Place,    Chicago, IL  60673-1252
515620632      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515701439      +Professional Gastroenterology,    1939 Route 70 East, Ste. 250,    Cherry Hill, NJ 08003-4510
515620633       Regional Sewer Service Invoice,    PO Box 1105,    Bellmawr, NJ 08099-5105
515620636       Sears Credit Card,    PO Box 688957,    Des Moines, IA 50368-8957
515620637      +Sears Credit Cards,    PO Box 6283,    Sioux Falls, SD 57117-6283
515620638       Slate Cardmember Services,    P.O. Box 15123,    Wilmington, DE 19886-5153
515620639       Slate from Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
515620640      +South Jersey Gas,    1 South Jersey Plaza,    Folsom, NJ 08037-9100
515620645     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial Services,    P.O. Box 17187,
                 Baltimore, MD 21297-0511)
515620642       Target National Bank,    PO Box 660170,    Dallas, TX 75266-0170
515620643      +The Bank of New York Mellon Trust Co.,    c/o Udren Law Offices, PC,
                 Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
515846957       The Bank of New York Mellon Trust Company, Nationa,    c/o Ocwen Loan Servicing LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
515745945      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515620646       Unifund CCR, LLC,    106S25 Techwds Cir,    Cincinnati, OH 45249
515620647      +Verizon New Jersey,    500 Technology Drive,    Weldon Spring, MO 63304-2225
515722613       eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 17 2017 22:20:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2017 22:20:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515760297       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2017 22:23:29
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
515831006      +E-mail/Text: bncmail@w-legal.com May 17 2017 22:20:48      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515815115      +E-mail/Text: bncmail@w-legal.com May 17 2017 22:20:48      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515631976       E-mail/Text: mrdiscen@discover.com May 17 2017 22:19:58      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515620624       E-mail/Text: mrdiscen@discover.com May 17 2017 22:19:58      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
```

```
District/off: 0312-1            User: admin              Page 2 of 2                  Date Rcvd: May 17, 2017
                                Form ID: pdf901          Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515620628      +E-mail/PDF: pa_dc_claims@navient.com May 17 2017 22:16:20      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
515819991       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2017 22:23:40
                 Portfolio Recovery Associates, LLC,    c/o Sears Gold Mastercard,    POB 41067,
                 Norfolk VA 23541
515845440       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2017 22:36:11
                 Portfolio Recovery Associates, LLC,    c/o Sears Premier Card,    POB 41067,   Norfolk VA 23541
515887180       E-mail/Text: bnc-quantum@quantum3group.com May 17 2017 22:20:36
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
515620634       E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:15:48      Sam's Club,    PO Box 530942,
                 Atlanta, GA 30353-0942
515620635       E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:15:48      Sam's Club MC/Syncb,
                 PO box 960013,   Orlando, FL 32896-0013
515620641       E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:15:48      Syncb/Walmart,    PO BOX 960024,
                 Orlando, FL 32896-0024
515701438       E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:16:15      Synchrony Bank/JCP,
                 PO Box 960090,   Orlando, FL 32896-0090
515620644      +E-mail/Text: chegyi@winslowtownship.com May 17 2017 22:20:43      Township of Winslow,
                 Dominic Maise Muni Complex,    125 South Route 73,    Braddock, NJ 08037-9423
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
          Andrew B. Finberg    on behalf of Debtor Christal A Fisher-Battise andy@sjbankruptcylaw.com,
           abfecf@gmail.com;r39848@notify.bestcase.com
          Andrew M. Lubin    on behalf of Creditor   Carrington Mortgage Services, LLC bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
                                                                                             TOTAL: 5
```