| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 200936-5<br>Attorneys for Movant: Carrington Mortgage Services, LLC |
| In Re:<br><br>Christal A. Fisher-Battise aka Christal Fisher aka Christal Battise |

Order Filed on June 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-23142-ABA
Chapter 13

Hearing Date: May 29, 2018
Time: 10:00 AM

Judge: Andrew B. Altenburg, Jr.

## ORDER RESOLVING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED.**

**DATED: June 22, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Milstead & Associates, LLC, Attorneys for the Secured Creditor, Carrington Mortgage Services, LLC ("Mortgagee"), under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as set forth in the motion papers and the parties, having been represented by their respective counsel, Andrew B. Finberg, Esquire for Debtor, and for good cause shown, it is ORDERED as follows:

1.  The automatic stay as provided for by 11 U.S.C. §362 shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2.  Mortgagee is the holder of a mortgage which is a lien on real property owned by Debtor known as and located at 1 Oak Hollow Lane, Sicklerville, NJ 08081 (the "Property").

3.  The parties certify that there is a post-petition delinquency which is to be cured pursuant to the terms of this Order, said delinquency consisting of the following:

| 6 Payments: 12/1/2017 -5/1/2018 @ $1,468.14 | $8,808.84 |
| Suspense Balance | ($1,127.18) |
| **Total Post-Petition Arrears** | **$7,681.66** |

4.  Commencing on June 1, 2018, Debtor shall resume making regular monthly mortgage payments currently in the amount of $1,468.14.

5.  Debtor shall pay the total post-petition arrears in the amount of $7,681.66 no later than within seven days of the entry of this Order.

6.  All payments are to be mailed to Carrington Mortgage Services, LLC, Bankruptcy Department, P.O. Box 3730, Anaheim, CA 92806. Debtor shall reference the loan number on any and all payments made pursuant hereto.

7. Debtors shall reimburse the Movant through their Chapter 13 Plan as an administrative claim, the sum of $531.00 for attorney's fees and costs incurred by Movant in the prosecution of its application for relief from stay.

7. Should Debtor's regular monthly payment amount change, Debtor shall be notified of such change by Mortgagee, and the monthly payment amount due under the terms of this Order shall change accordingly.

8. In the event that Debtor is in default pursuant to the terms and conditions of this Order for a period of thirty (30) days, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Order.  If the default is not cured within ten days of the date of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating any such payment(s) more than thirty (30) days in default.  In the event that a notice of default is forwarded, it is agreed that acceptance of partial payment by the Secured Creditor may file a Certification of Default absent a full cure.

9. A copy of any Certification of Default and the proposed order must be served upon the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court.  A certificate of service shall be filed by counsel for Mortgagee evidencing same.

10. In the event the instant bankruptcy case is converted to a case under Chapter 7, Debtor shall cure the pre-petition and post-petition mortgage arrears within ten (10) days from the date of such conversion.  Should Debtor fail to cure said arrears within the ten (10) day period, such failure shall be deemed a default under the terms of this stipulation and Mortgagee may send Debtor and Debtor's counsel a written notice of default.  If the default is not cured

within ten (10) days from the date of said notice, counsel for Mortgagee may file a Certification of Default with the Court, upon notice to the trustee, Debtor, and Debtor's counsel, and the Court shall enter an Order granting relief from the Automatic Stay as to the Property.

United States Bankruptcy Court
District of New Jersey

In re:  
Christal A Fisher-Battise  
    Debtor

Case No. 15-23142-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jun 22, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.  
db         +Christal A Fisher-Battise,   1 Oak Hollow Lane,   Sicklerville, NJ 08081-3908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:  
        Andrew B. Finberg    on behalf of Debtor Christal A Fisher-Battise andy@sjbankruptcylaw.com, abfecf@gmail.com;finbergar39848@notify.bestcase.com  
        Andrew M. Lubin    on behalf of Creditor   Carrington Mortgage Services, LLC bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Brian E Caine    on behalf of Creditor   MTGLQ Investors, LP bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
        Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
                                                                                                                                                                                       TOTAL: 6