| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Christal A Fisher–Battise <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3315 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   15–23142–ABA | | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Christal A Fisher–Battise
    aka Christal Fisher, aka Christal Battise

    10/1/20                                             **By the court:** Andrew B. Altenburg Jr.
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Christal A Fisher-Battise  
    Debtor(s)

Case No. 15-23142-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Oct 01, 2020      Form ID: 3180W      Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christal A Fisher-Battise, 1 Oak Hollow Lane, Sicklerville, NJ 08081-3908 |
| cr | + | SN Servicing Corporation, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 515620614 | | Advanced Surgical Institute, 556 Egg Harbor Rd Suite B, Sewell, NJ 08080-2326 |
| 515836590 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515620623 | + | Diamond Resorts, PO Box 60480, Los Angeles, CA 90060-0480 |
| 515620625 | + | Emergency Physicians of South Jersey, 90 Brick Road, Marlton, NJ 08053-2177 |
| 515620626 | | HRRG, PO Box 459080, Sunrise, FL 33345-9080 |
| 517229732 | | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517229733 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, MTGLQ Investors, LP c/o Rushmore Loan Management Services 92619-2708 |
| 515670699 | + | Navient Solutions, Inc. on behalf of PHEAA, P.O. Box 8147, Harrisburg, PA 17105-8147 |
| 515620629 | | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 515677382 | + | Ocwen Loan Servicing, LLC, Attn Robertson, Anschutz & Schneid, PL, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 515620630 | + | Ocwen loan Servicing, LLC, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 515701437 | | Plate Pass, LLC, 25274 Network Place, Chicago, IL 60673-1252 |
| 515620632 | + | Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 515701439 | + | Professional Gastroenterology, 1939 Route 70 East, Ste. 250, Cherry Hill, NJ 08003-4510 |
| 515620633 | | Regional Sewer Service Invoice, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 515620640 | + | South Jersey Gas, 1 South Jersey Plaza, Folsom, NJ 08037-9100 |
| 515620643 | + | The Bank of New York Mellon Trust Co., c/o Udren Law Offices, PC, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 515846957 | | The Bank of New York Mellon Trust Company, Nationa, c/o Ocwen Loan Servicing LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 515745945 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 515620646 | | Unifund CCR, LLC, 106S25 Techwds Cir, Cincinnati, OH 45249 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2020 00:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 02 2020 00:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515760297 | | EDI: AIS.COM | Oct 02 2020 02:18:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 515620615 | | EDI: BANKAMER.COM | Oct 02 2020 02:13:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 515620616 | + | EDI: TSYS2.COM | Oct 02 2020 02:18:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 515831006 | + | Email/Text: bncmail@w-legal.com | Oct 02 2020 00:16:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515620620 | | EDI: CITICORP.COM | | |

Case 15-23142-ABA    Doc 84    Filed 10/03/20    Entered 10/04/20 00:42:22    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 01, 2020 | Form ID: 3180W | Total Noticed: 67 |

| | | | |
|---|---|---|---|
| | | Oct 02 2020 02:18:00 | CitiBank SD NA, Centralized bankruptcy, PO BOX 20363, Kansas City, MO 64195 |
| 515815115 | + EDI: WFNNB.COM | Oct 02 2020 02:18:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515620617 | + EDI: CAPITALONE.COM | Oct 02 2020 02:18:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 515715785 | EDI: CAPITALONE.COM | Oct 02 2020 02:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515620618 | + Email/Text: BKBCNMAIL@carringtonms.com | Oct 02 2020 00:15:00 | Carrington Mortgage Services, PO Box 54285, Irvine, CA 92619-4285 |
| 515845580 | + Email/Text: BKBCNMAIL@carringtonms.com | Oct 02 2020 00:15:00 | Carrington Mortgage Services, LLC, Bankruptcy Department, 1600 South Douglass Road, Anaheim, California 92806-5951 |
| 515701440 | + EDI: WFNNB.COM | Oct 02 2020 02:18:00 | Comenity - Catherines, PO Box 659728, San Antonio, TX 78265-9728 |
| 515620621 | + EDI: WFNNB.COM | Oct 02 2020 02:18:00 | Comenity - Lane Bryant Retail, PO Box 659728, San Antonio, TX 78265-9728 |
| 515754641 | EDI: CRFRSTNA.COM | Oct 02 2020 02:13:00 | Credit First NA, BK13-Credit Operations, PO Box 818011, Cleveland, OH 44181-8011 |
| 515620622 | EDI: CRFRSTNA.COM | Oct 02 2020 02:13:00 | Credit Fist NA, PO Box 81344, Cleveland, OH 44188-0344 |
| 515620627 | EDI: TSYS2.COM | Oct 02 2020 02:13:00 | Macy's, PO Box 183083, Columbus, OH 43218-3083 |
| 515631976 | EDI: DISCOVER.COM | Oct 02 2020 02:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515620624 | EDI: DISCOVER.COM | Oct 02 2020 02:18:00 | Discover Card, PO Box 71084, Charlotte, NC 28272-1084 |
| 516556491 | EDI: ECMC.COM | Oct 02 2020 02:18:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 516556492 | EDI: ECMC.COM | Oct 02 2020 02:18:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 515620619 | EDI: JPMORGANCHASE | Oct 02 2020 02:18:00 | Chase Cardmember Services, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 515620639 | EDI: JPMORGANCHASE | Oct 02 2020 02:18:00 | Slate from Chase, Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 515733194 | + EDI: MID8.COM | Oct 02 2020 02:18:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515620628 | + EDI: NAVIENTFKASMSERV.COM | Oct 02 2020 02:18:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 515819991 | EDI: PRA.COM | Oct 02 2020 02:18:00 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |
| 515845440 | EDI: PRA.COM | Oct 02 2020 02:18:00 | Portfolio Recovery Associates, LLC, c/o Sears Premier Card, POB 41067, Norfolk VA 23541 |
| 515620631 | EDI: RMSC.COM | Oct 02 2020 02:13:00 | Paypal Credit, PO box 105658, Atlanta, GA 30348-5658 |
| 515887180 | EDI: Q3G.COM | Oct 02 2020 02:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517651530 | Email/Text: bknotices@snsc.com | Oct 02 2020 00:17:00 | SN Servicing Corporation, 323 Fifth Street, |

District/off: 0312-1 | User: admin | Page 3 of 4
Date Rcvd: Oct 01, 2020 | Form ID: 3180W | Total Noticed: 67

| | | | | |
|---|---|---|---|---|
| | | | | Eureka, CA 95501 |
| 517651531 | | Email/Text: bknotices@snsc.com | Oct 02 2020 00:17:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 518051533 | + | Email/Text: bncmail@w-legal.com | Oct 02 2020 00:16:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518051532 | + | Email/Text: bncmail@w-legal.com | Oct 02 2020 00:16:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 515620634 | | EDI: RMSC.COM | Oct 02 2020 02:13:00 | Sam's Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 515620635 | | EDI: RMSC.COM | Oct 02 2020 02:13:00 | Sam's Club MC/Syncb, PO box 960013, Orlando, FL 32896-0013 |
| 515620636 | | EDI: SEARS.COM | Oct 02 2020 02:18:00 | Sears Credit Card, PO Box 688957, Des Moines, IA 50368-8957 |
| 515620637 | + | EDI: SEARS.COM | Oct 02 2020 02:18:00 | Sears Credit Cards, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 515620638 | | EDI: JPMORGANCHASE | Oct 02 2020 02:18:00 | Slate Cardmember Services, P.O. Box 15123, Wilmington, DE 19886-5153 |
| 515620641 | | EDI: RMSC.COM | Oct 02 2020 02:13:00 | Syncb/Walmart, PO BOX 960024, Orlando, FL 32896-0024 |
| 515701438 | | EDI: RMSC.COM | Oct 02 2020 02:13:00 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 515620645 | | EDI: TFSR.COM | Oct 02 2020 02:18:00 | Toyota Financial Services, P.O. Box 17187, Baltimore, MD 21297-0511 |
| 515620642 | | EDI: WTRRNBANK.COM | Oct 02 2020 02:18:00 | Target National Bank, PO Box 660170, Dallas, TX 75266-0170 |
| 515620644 | + | Email/Text: chegyi@winslowtownship.com | Oct 02 2020 00:16:00 | Township of Winslow, Dominic Maise Muni Complex, 125 South Route 73, Braddock, NJ 08037-9423 |
| 515620647 | + | EDI: VERIZONCOMB.COM | Oct 02 2020 02:13:00 | Verizon New Jersey, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 515722613 | | EDI: ECAST.COM | Oct 02 2020 02:18:00 | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Oct 01, 2020 | Form ID: 3180W | Total Noticed: 67

Date: Oct 03, 2020        Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B. Finberg | on behalf of Debtor Christal A Fisher-Battise andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Andrew M. Lubin | on behalf of Creditor Carrington Mortgage Services  LLC bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Brian E Caine | on behalf of Creditor MTGLQ Investors  LP bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com |

TOTAL: 7